**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **The Guardian Life Insurance Co.,** | ) | **CASE NO. 1:17 CV 547** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **James L. Rowe, et al.,** | ) | **Default Judgment** |
| | ) | |
| **Defendant.** | ) | |

For the reasons stated by the Court in its Memorandum of Opinion and Order disposing of Defendants James R. Rowe, Sr., individually and in his capacity as the Guardian of the Estate of W.R., a Minor, and also as the administrator of the Estate of James Rowe, Jr., and James Rowe III Motion for Summary Judgment (Doc. 22), this Court enters default judgment in favor of defendant Estate of James Rowe, Jr. and against defendant Shelby Rowe.

       /s/ Patricia A. Gaughan
       PATRICIA A. GAUGHAN
       United States District Judge
       Chief Judge

Dated: 9/27/17

1